FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -2 PM 3:44
CLERK
SO. DIST OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| JILL E. MACK, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV415-196 |
| HERTY ADVANCED MATERIALS DEVELOPMENT CENTER, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

As the "successor to and continuation of the former board of trustees of Defendant Herty Advanced Materials Development Center," the Board of Regents of the University System of Georgia moves to intervene in this Family and Medical Leave Act case. Doc. 13. Because it is supported and unopposed per Local Rule 7.5 (no response means no opposition), the Court **GRANTS** the Board's motion to intervene. Doc. 13. The Clerk is **DIRECTED** to amend the docket caption accordingly.

**SO ORDERED**, this 2nd day of August, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA