

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JILL E. MACK,            )
                            )
    Plaintiff,       )
                            )
v.                   )     CASE NO. CV415-196
                            )
HERTY ADVANCED MATERIALS  )
DEVELOPMENT CENTER,      )
                            )
    Defendant.       )
                            )
_____)
                            )
BOARD OF REGENTS OF THE    )
UNIVERSITY SYSTEM OF GEORGIA, )
                            )
    Intervenor.      )
_____)

## O R D E R

On March 22, 2017, the Court ordered Herty Advanced Materials Development Center LLC and the Board of Regents of the University System of Georgia ("Board") to file a brief detailing the existence and nature of any relationship between Herty Advanced Materials Development Center and Herty Advanced Materials Development Center, LLC ("Herty LLC"). (Doc. 25.) The Board submitted a brief in compliance with this order (Doc. 28), Herty LLC did not. Federal Rule of Civil Procedure 37 allows this Court to impose sanctions for failure to comply with a court order "to provide or permit discovery." Such sanctions can

include striking pleadings and rendering a default judgment. Fed. R. Civ. Pro. 37(b)(2). Moreover, federal courts are granted wide authority "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962) (dismissing an action for failure to prosecute). Accordingly, Herty LLC is **DIRECTED** to demonstrate within **ten days** from the date of this order why it has not responded to the Court's order of March 22, 2017. Failure to do so will result in sanctions.

SO ORDERED this 25th day of May 2017.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA